# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case No. 8:21-cv-00488 |
| Plaintiff, | |
| v. | Judge John W. Holcomb |
| Judith Noh, *et al*. | Magistrate Judge Autumn D. Spaeth |
| Defendants. | **DEFENDANTS' NOTICE OF WITHDRAWAL OF OBJECTIONS OF DEFENDANTS TO MAGISTRATE'S ORDERS DATED NOVEMBER 10, 2022** |
| | **Discovery Deadline: March 31, 2023** |
| | **Final Pre-Trial: July 21, 2023** |
| | **Trial date: August 7, 2023** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants do and hereby withdraw, without prejudice, their Objections to the Magistrate's Orders dated November 10, 2022. (ECF No. 118) Defendants contemplate refiling their Objections in a timely manner.

DATED: November 16, 2022

By */s/ Lisa A. Messner*
**MAC MURRAY & SHUSTER LLP**
LISA A. MESSNER (Admitted *Pro Hac Vice*)
lmessner@mslawgroup.com
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954

**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendants
Judith Noh, Syed Gilani, Student Loan Pro, and FNZA Marketing, LLC

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that this document has been served electronically on all counsel and parties having appeared in this matter through the Court's ECF filing system on this 16th day of November, 2022.

*Lisa A. Messner*
**MAC MURRAY & SHUSTER LLP**
LISA A. MESSNER (Admitted *Pro Hac Vice*)