1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10    Consumer Financial Protection Bureau,

11                Plaintiff,

12                v.

13    Judith Noh d/b/a Student Loan Pro,
      Judith Noh as an individual, and Syed
14    Faisal Gilani,

15                Defendants, and.

16    FNZA Marketing, LLC,

17                Relief Defendant.

Case No. SACV 8:21-cv-00488-JWH (ADSx)

**ORDER APPROVING THE PARTIES' STIPULATED EXTENSION OF TIME**

Discovery Cutoff: March 31, 2023

Pretrial Conference: July 21, 2023

Trial Date: August 7, 2023

18
19
20
21
22
23
24
25
26
27
28

ORDER APPROVING THE PARTIES' STIPULATION FOR EXTENSION

1

1  The Parties submitted a Stipulation, pursuant to L.R. 7.1, setting forth an agreed

2  extension of time for the Parties to complete Mediation until March 31, 2023.  Good

3  cause appearing therefor, the Court hereby ORDERS as follows:

4      1.    The Parties' Stipulation is **APPROVED**.

5      2.    The Parties shall complete Mediation on or before March 31, 2023.

6      **IT IS SO ORDERED.**

7

8  DATED: __February 2, 2023__      By: _____

9                    U.S. District Judge John Holcomb

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28