1  MARY K. WARREN (NY Reg. #2557684)
   ALEXANDER JOHNSON (DC Bar #1780275)
2  Consumer Financial Protection Bureau
3  1700 G Street, NW
   Washington, DC 20552
4  Phone: (202) 435-7815
5
   OWEN MARTIKAN, CA Bar #177104  - Local Counsel
6  301 Howard St., Suite 1200
7  San Francisco, CA  94105
   Phone: (415) 844-9790
8
9  *Attorneys for Plaintiff Consumer Financial Protection Bureau*

10 Lisa A. Messner (OH #0074034 – Admitted *Pro Hac Vice*)
11 Mac Murray & Shuster LLP
   6525 West Campus Oval, Suite 210
12 New Albany, Ohio 43054
13 Phone: (614) 939-9955

14 David J. Kaminski, Esq., (SBN 128509) – Local Counsel
15 CARLSON & MESSER, LLP
   5901 West Century Boulevard, Suite #1200
16 Los Angeles, CA 90045
17 Phone: (310) 242-2200

18 *Attorneys for Defendants Judith Noh d/b/a Student Loan Pro,*
19 *Judith Noh as an individual, Syed Faisal Gilani, and FNZA Marketing, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case No. SACV 8:21-cv-00488-JWH (ADSx) |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO STRIKE SETTLEMENT CONFERENCE FROM CALENDAR** |
| Judith Noh, et al., | |

JOINT STIPULATION REGARDING SETTLEMENT CONFERENCE

1

| | |
|---|---|
| Defendants. | **[Referred to Magistrate Judge Autumn D. Spaeth]**<br><br>Settlement Conference Date: April 24, 2023 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, the Consumer Financial Protection Bureau ("Bureau"), and Defendants Judith Noh, d/b/a Student Loan Pro, Judith Noh as an individual, Syed Faisal Gilani as an individual, and FNZA Marketing, LLC ("Defendants"), by and through their attorneys of record, as follows:

1. Pursuant to Judge Spaeth's mediation procedures, a Settlement Conference date of April 24, 2023 was set in this case. Dkt Item No. 149.

2. Pursuant to Judge Holcomb's Order entered March 6, 2023, a stay of proceedings has been ordered in this case. Dkt Item No. 153.

3. On March 11 and 13, 2023, the parties conferred. Defendants' counsel stated that given the stay order, Defendants no longer wished to pursue settlement at this time.

4. On March 13, 2023, the parties informed Judge Spaeth's courtroom deputy of the foregoing developments.

5. The Bureau and Defendants agree that, if it please the Court, the April 24, 2023 Settlement Conference should be struck from Judge Spaeth's calendar.


Dated:  March 13, 2023

                                            Respectfully submitted,

                                            <u>/s/ Mary K. Warren</u>
                                            Mary K. Warren
                                            Alexander Johnson
                                            ENFORCEMENT ATTORNEYS
                                            Consumer Financial Protection Bureau

JOINT STIPULATION REGARDING SETTLEMENT CONFERENCE

1700 G Street NW
Washington, DC 20552
Tel: (202) 435-7815
Email Warren:  mary.warren@cfpb.gov
Email Johnson: alexander.johnson@cfpb.gov

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

/s/ Lisa A. Messner
Lisa A. Messner (OH #0074034 – Admitted *Pro Hac Vice*)
Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Tel: (614) 939-9955
Fax: (614) 939-9954
Email: lmessner@mslawgroup.com

*Attorneys for defendants Judith Noh d/b/a Student Loan Pro, Judith Noh as an individual, Syed Faisal Gilani, and FNZA Marketing, LLC*[1]

---

[*] I, Mary K. Warren, attest that Defendants' counsel concurs in this filing's content and has authorized me to submit her electronic signature with this filing. *See* LR 5-4.3.4(a)(2)(i).

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, causing a Notice of Electronic Filing to be sent to counsel for Defendants.

/s/ Mary K. Warren
Mary K. Warren