UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>  Plaintiff,<br><br>  v.<br><br>Judith Noh, et al.,<br><br>  Defendants. | Case No. SACV 8:21-cv-00488-JWH (ADSx)<br><br>**ORDER STRIKING APRIL 24, 2023 SETTLEMENT CONFERENCE FROM CALENDAR**<br><br>**[Referred to Magistrate Judge Autumn D. Spaeth]** |

Based on the Stipulation of the parties and on good cause shown, **IT IS HEREBY ORDERED** that the April 24, 2023 Settlement Conference is struck from the Court's calendar.

Dated: March 14, 2023                              /s/ Autumn D. Spaeth
                                                                HONORABLE AUTUMN D. SPAETH
                                                                United States Magistrate Judge