JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDITH NOH d/b/a STUDENT LOAN PRO, JUDITH NOH as an individual, and SYED FAISAL GILANI,<br><br>    Defendants, and<br><br>FNZA MARKETING, LLC,<br><br>    Relief Defendant. | Case No. 8:21-cv-00488-JWH (ADSx)<br><br>**ORDER STAYING PROCEEDINGS**<br><br>Judge: The Hon. John W. Holcomb<br><br>Discovery Cutoff: December 20, 2024<br>Pretrial Conference: April 11, 2025<br>Trial Date: April 28, 2025 |

On February 5, 2025, pursuant to L.R. 7-19, Plaintiff Consumer Financial Protection Bureau filed an *ex parte* application to move to stay the proceedings in the above-captioned case. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. Plaintiff's Motion to Stay is **GRANTED**.
2. This case is **STAYED** until further order of this Court. Any party may move at any time to modify or vacate the stay, for good cause shown.
3. In view of the stay, the following pending motions are **DENIED without prejudice**:
   a. Plaintiff's Motion to Amend Stipulated Judgment and Order [ECF No. 190];
   b. Plaintiff's Motion for Summary Judgment [ECF No. 194]; and
   c. Plaintiff's Consent Motion to Stay or Modify Scheduling Order [ECF No. 198].
4. Plaintiff is **DIRECTED** to file a status report when it receives relevant guidance from the newly appointed Acting Director of the Consumer Financial Protection Bureau.
5. The Clerk is **DIRECTED** to close this case administratively.

**IT IS SO ORDERED.**

Dated: \_\_\_February 7\_\_\_, 2025

THE HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE