MARY K. WARREN (NY Reg. #2557684)
ALEXANDER JOHNSON (DC Bar #1780275)
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Phone: (202) 435-7815
Fax: (202) 435-7722
Email: mary.warren@cfpb.gov

COLIN HECTOR (CA Bar #281795) - Local Counsel
301 Howard St., Suite 1200
San Francisco, CA 94105
Phone: (202) 435-5312
Email: colin.hector@cfpb.gov

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Judith Noh d/b/a Student Loan Pro, Judith Noh as an individual, and Syed Faisal Gilani,<br><br>　　　　　Defendants, and<br><br>FNZA Marketing, LLC,<br><br>　　　　　Relief Defendant. | Case No. 8:21-cv-00488-JWH (ADSx)<br><br>**PLAINTIFF'S STATUS REPORT PURSUANT TO FEBRUARY 7, 2025 ORDER (ECF No. 204)**<br><br>Judge: The Hon. John W. Holcomb |

1

Plaintiff Consumer Financial Protection Bureau (Bureau) respectfully submits this status report following a conference with Defendants' counsel.

On February 7, 2025, the Court granted Plaintiff's *Ex Parte* Application to Move to Stay Proceedings, ECF No. 202 (February 7 Order), which was based on the change in Bureau leadership following the Presidential election. In the February 7 Order, ECF No. 204, the Court additionally directed Plaintiff to file a status report after it received relevant guidance from the recently appointed Acting Director of the Bureau. *Id.* at 2. On May 16, 2025, the Acting Director authorized the Bureau to proceed with this matter and to move to vacate the stay. Plaintiff has filed concurrently herewith a motion to vacate the stay and re-open the case.

On May 19, Plaintiff notified Thomas Buckley, counsel for Defendant Gilani and former Defendant Judith Noh, that it intended to move to vacate the stay, and requested a conference call to discuss scheduling. On June 2, 2025, Mr. Buckley advised Plaintiff that he intends to file a motion seeking permission to withdraw from his representation of Defendant Gilani and Ms. Noh. He also advised that Defendant Gilani takes no position on the Bureau's motion to vacate the stay and re-open this case. Given Mr. Buckley's intended motion to withdraw and the Court's need to consider it, Plaintiff does not propose a new case schedule at this time.

Prior to Plaintiff's filing of the *Ex Parte* Motion, the status of this case was as follows. Fact discovery was completed and no expert discovery is contemplated by any party. In December 2024, the Court entered a Stipulated Judgment and Order against Defendants Judith Noh and Judith Noh d/b/a Student Loan Pro, resolving all of the Bureau's claims against them. ECF No. 185. The Court further approved the Bureau's stipulated voluntary dismissal of Relief Defendant FNZA Marketing LLC. ECF No. 187.

On January 6, 2025, the Bureau filed a Motion to Amend Stipulated Judgment and Order as to Defendants Judith Noh and Student Loan Pro based on evidence of consumer harm additional to that described in the stipulated judgment and order. ECF No. 190. Former Defendant Noh submitted an opposition to the Motion to Amend. ECF No. 199.

On January 23, 2025, the Bureau filed a Motion for Summary Judgment against Defendant Syed Faisal Gilani, the sole remaining Defendant, ECF Nos. 194–97, and a Consent Motion to Stay Proceedings Pending Resolution of Bureau's Motion for Summary Judgment. ECF No. 198. Defendant Gilani filed an opposition to the Motion for Summary Judgment. ECF No. 200.

The Court's February 7 Order staying the action denied the three pending Bureau motions without prejudice. ECF No. 204 at 2. No reply briefs in support of either the Motion to Amend or Motion for Summary Judgment had yet been filed before Plaintiff sought and the Court granted the stay of proceedings based on the change in Bureau leadership.

Dated: June 9, 2025                     Respectfully submitted,

                                        /s/ Mary K. Warren
                                        Mary K. Warren
                                        Senior Litigation Counsel
                                        Alexander Johnson
                                        Enforcement Attorney
                                        Consumer Financial Protection Bureau
                                        1700 G St., NW
                                        Washington, DC 20552


                                        Local Counsel:

                                        Colin Hector – CA Bar #281795
                                        Consumer Financial Protection Bureau
                                        301 Howard St., Ste. 1200
                                        San Francisco, CA 94105
                                        Phone: (202) 435-5312
                                        Email: colin.hector@cfpb.gov

# CERTIFICATE OF SERVICE

I certify that on June 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to all parties.

Dated: June 9, 2025

/s/ Mary K. Warren
Mary K. Warren

*Attorney for Plaintiff Consumer Financial Protection Bureau*